United States District Court
Southern District of Texas

**ENTERED**

October 14, 2016

David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **JOE SHIELDS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:15-CV-02683** |
| | § | |
| **EXTEND HEALTH, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

### FINAL JUDGMENT

Whereas, this Court issued a Memorandum and Order, dated September 23, 2016, in which it granted in part and denied in part both Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment (Doc. No.: 29); and

Whereas the Court found that Defendant Extend Health, Inc. is liable to Plaintiff for certain violations of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, based on three telephone calls placed to him, and

Whereas the Court granted Defendant's Cross-Motion for Summary Judgment (Doc. #16) as to Plaintiff's claim under 47 C.F.R. § 64.1200(d)(1) and his claims under Texas Business & Commerce Code § 305.053; and

Whereas the Court denied Plaintiff's Motion for Summary Judgment with respect to his claim for treble damages under the Telephone Consumer Protection Act, 47 U.S.C. § 227, and Plaintiff then waived his claims for treble damages as well as for injunctive relief;

**FINAL JUDGMENT -** <span style="float:right">Page 1 of 2</span>

Therefore, in accordance with the foregoing, it is hereby

ORDERED that Final Judgment is entered in favor of Plaintiff and against the Defendant in the following amounts:

(i) $1,500.00 as statutory damages under the Telephone Consumer Protection Act, 47 U.S.C. § 227;

(ii) $400.00 as court costs, and

(iii) Post-judgment interest at the statutory rate of .65 %, as of the date of entry of this Final Judgment.

All relief not expressly granted in this Final Judgment, including but not limited to treble damages, attorney's fees, pre-judgment interest and attorney's fees, is hereby denied.

The Court shall maintain jurisdiction over this action for the purpose of enforcing this Judgment.

Signed this 14th day of Oct. , 2016.

_____
UNITED STATES DISTRICT JUDGE

**FINAL JUDGMENT -**                    **Page 2 of 2**